Clark Brothers Investments
19580 Victorian Drive
#306
Parker, CO 80138

FOREVER / USA FOREVER / USA

Federal Pro Se Clinic
Attn: Lawyer Complaints Division
901 19th St.
Denver, CO 80294

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 05 2023
JEFFREY P. COLWELL
CLERK